**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VIP Lodging Group, Inc., a Georgia corporation; and Vallabh T. Patel, an individual,<br><br>    Defendants. | No. CV-05-1438-PHX-DGC<br><br>**ORDER** |

    Pending before the Court is Plaintiff's supplement to application for default judgment. Doc. #10. The Court's November 4, 2005 order found that Plaintiff had presented sufficient evidence that Defendants improperly used Plaintiff's marks for 166 days, from January 22 until July 7, 2005. Doc. #9. Plaintiff's were required to submit evidence to the Court sufficient to establish the mean of Defendant's room rates per day and the total number of rooms. Doc. #9. On November 17, 2005, Plaintiff submitted evidence showing Defendant's hotel property has 134 rooms and a mean room rate of $66 per night. Doc. #10.

1    **IT IS ORDERED** that default judgment is entered in favor of Plaintiff and against
2  Defendants on Count III in the amount of $220,215.60. Plaintiff shall submit a final form of
3  judgment reflecting all amounts awarded by the Court.
4    Dated this 13th day of January, 2006.

_____
David G. Campbell
United States District Judge